**Order filed, December 11, 2019.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-19-00605-CV
_____

**APACHE CORPORATION, Appellant**

**V.**

**CASTEX OFFSHORE, INC., CASTEX ENERGY, INC., CASTEX ENERGY PARTNERS, L.P., CASTEX ENERGY 2008, LP, AND CASTEX ENERGY DEVELOPMENT FUND, LP, Appellee**

---

**On Appeal from the 133rd District Court
Harris County, Texas
Trial Court Cause No. 2015-48580**

---

## ORDER

The reporter's record in this case was due December 5, 2019. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Darlene Stein, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Wise, Jewell and Poissant